675 A.2d 1240

**CHELTENHAM CINEMA, INC., Respondent,**

v.

**CHELTENHAM TOWNSHIP, Petitioner.**

Supreme Court of Pennsylvania.

June 4, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 4th day of June, 1996, the Petition for Allowance of Appeal is hereby GRANTED, but limited to the following issue:

Whether the Commonwealth Court correctly determined that 53 Pa.C.S.A. § 6902(10) prohibits the Township from collecting a business privilege tax from a local movie cinema.

NEWMAN, J., did not participate in the consideration or decision of this matter.